AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ADREAN LORENZANO | ) | Case No. 5:21 MJ 98 |
| DOB: 9/12/1990 | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

FILED
WILKES BARRE
OCT 22 2021
PER _____
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/13/2021 to 9/29/2021__ in the county of __Lackawanna__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Receipt of Visual Depictions of Sexually Explicit Conduct |
| 18 U.S.C. 2252(a)(4)(B) | Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |
| 18 U.S.C. 1470 | Transfer of Obscene Matter to a Minor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kathryn I. Murray, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence. (FaceTime)

Date: 10-21-21

_____
Judge's signature

City and state: Wilkes-Barre, PA

U.S. Magistrate Judge Joseph F. Saporito, Jr.
Printed name and title