AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:21-MJ-98 |
| Adrean Lorenzano | ) | |
| *Defendant* | ) | |

*FILED WILKES BARRE OCT 22 2021*

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | MAX ROSENN U.S. COURTHOUSE 197 SOUTH MAIN STREET WILKES-BARRE PA  18701 | Courtroom No.: | 1, FIRST FLOOR |
|---|---|---|---|
| | | Date and Time: | 10/28/2021 3:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  10/22/2021

*Joseph F. Saporito, Jr.*
*Judge's signature*

JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE
*Printed name and title*